IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | *   MAG. NO. 20-16211 |
| | * |
| HEAVEN COOPER | * |
| | * |

*****
**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Fed. R. Crim. P. 43(b)(2) and Standing Order 2020-06, this Court finds:

[X] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[X] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:
  1. COVID pandemic, 2. Inability to conduct in-person hearing for indefinite period, and
  3. Consent of defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ] Other:

Date: 11/18/20

Honorable Anthony R. Mautone
United States Magistrate Judge